UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| LIZBETH ANAYA F/K/A LIZBETH OCHOA, | NO. 22-90187 JUDGE: Thomas Perkins |
| DEBTOR | |

### NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper ("the Movant"), by and through its attorneys, Richard B. Aronow and LOGS Legal Group LLP and in objection to the Debtor's Chapter 13 plan, states as follows:

1. The Debtor filed a Chapter 13 Petition and a plan on May 9, 2022.

2. The Movant holds a note (or services a loan) that is secured by a mortgage on the Debtor's residence, commonly known as: 1235 S 4Th Ave, Kankakee, IL 60901.

3. Pursuant to at, 11 USC 1322(b)(2) and 11 USC 1322(b)(5), the Debtor may not modify the Movant's rights under the terms of the loan documents.

4. Among those rights is the right to receive payment of all sums that were due and owing when the case was filed.

5. The loan was in default in the amount of $333.90 when the case was filed.

6. Notwithstanding the foregoing, the plan fails to provide for the payment of any pre-petition mortgage arrearages, thereby impermissibly modifying the Movant's rights under the terms of the loan documents.

7. As set forth above, the plan is unconfirmable as a matter of law.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper, moves for the entry of an order denying confirmation of the Chapter 13 plan.

Respectfully submitted,

\_\_/s/ Richard B. Aronow_____
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the above and foregoing document to be served upon the parties listed below on June 21, 2022.

Respectfully Submitted,

 /s/ Richard B. Aronow _____

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-096408

<u>Notified via Electronic Filing</u>
U.S. Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602
Marsha L Combs-Skinner, 108 S Broadway, PO Box 349, Newman, IL 61942
Dustin Allen, 579 W North Ave Suite 203, Elmhurst, IL 60126

<u>Notified via US Postal Service</u>
Lizbeth Anaya a/k/a Lizbeth Ochoa, 1235 S 4th Ave, Kankakee, IL 60901


**The firm of LOGS Legal Group LLP is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**