## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|     LIZBETH ANAYA ) | |
| ) | Case No. 22-90187 |
| ) | |
|     Debtor. ) | Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE SECOND AMENDED PLAN

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Kevin Hays, and for her Objection to Confirmation of the Second Amended Plan states as follows:

1. On May 9, 2022, the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. The Debtor's Second Amended Plan provides for monthly payments in the amount of $100.00 for 4 months, then $750.00 per month for 1 month, then $850.00 per month for 55 months, for a total of $47,910.00.

3. The Debtor must provide documentation sufficient to establish that Dyck-O'Neal, Inc., is actually a secured creditor as Dyck-O'Neal, Inc filed unsecured claim number 16 in the amount of $13,570.86.

4. If Dyck-O'Neal, Inc., is an unsecured creditor, then the liquidation listed within the Plan would need to be increased.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee objects to Confirmation of the Debtor's Second Amended Plan until the amount of Dyck-O'Neal, Inc., secured interest has been determined and the Plan provides for the proper amount based on a

liquidation analysis and for such other relief as may be just and equitable.

        Respectfully Submitted by
        Marsha L. Combs-Skinner,
        Chapter 13 Standing Trustee

        By: /s/ Kevin Hays
           Staff Attorney
        Marsha L. Combs-Skinner
        Chapter 13 Standing Trustee
        Central District of Illinois
        108 S. Broadway, P.O. Box 349
        Newman, IL 61942
        Telephone:  217-837-9730
        E-Mail:  Kevin@ch13cdil.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served upon, Dustin Allen, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on November 14, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Lizbeth Anaya

1235 S. 4th Ave.
Kankakee, IL 60901


        /s/ Kevin Hays
        Staff Attorney