Form 11cnfpln

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*  Lizbeth Anaya
  *Debtor*

*Case No.:* 22−90187

*Chapter:*  13

---

## *NOTICE OF ORDER CONFIRMING PLAN*

*Notice is hereby provided:*

A text−only Order (Document Number 42) was entered in this Court on 11/30/22, confirming the Second Amended Chapter 13 Plan which was filed by the Debtor on 10/19/22.

On or before 12/14/22, the attorney for the Debtor shall mail a copy of this Notice to all creditors and file a certificate of service with the Court.

*Dated:* 11/30/22

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.